UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BAYARDO RENO SANDY,            )
                                                    )     Case No. 2:14-cv-01100-JCM-CWH
            Plaintiff,      )
                                                    )     **ORDER**
vs.                            )
                                                    )
BANK OF NEW YORK MELLON, N.A., et al., )
                                                    )
            Defendants.    )

       This matter is before the Court on Plaintiff's Applications/Motions to Proceed *In Forma Pauperis* (#28) and (#29), both filed January 13, 2015. Plaintiff initially filed the application on the state approved form for proceeding *in forma pauperis*, but later filed her request on the form approved for use in this court. Consequently, the request filed by Plaintiff on the form for use in Nevada state courts is moot in light of the subsequent filing on the correct form.

       In order to effectively evaluate whether an individual litigant may proceed *in forma pauperis* in this court, the litigant must submit an application to do so "on the form provided by the Court" and include a "financial affidavit disclosing the applicant's income, assets, expenses and liabilities." *See* LSR 1-1. Plaintiff application (#29) is incomplete as it is indicated in question 3 that Plaintiff received other income from "business, profession, or other self-employment" as well as from "other sources." Plaintiff explains the income as coming from the "occasional odd job" and "Nevada Food Stamps." Plaintiff does not, however, state the amount of income received and what is expected in the future as required.[1] Given Plaintiff's failure to submit a completed form, the request to proceed *in forma pauperis* will be denied without prejudice to Plaintiff refiling the application on a completed, accurate form.

---

[1] The Court notes that Plaintiff references "Exhibit 27" in his response, but there are no matching exhibits attached to his application.

1  Based on the foregoing and good cause appearing,

2  **IT IS HEREBY ORDERED** that Plaintiff's Application/Motion to Proceed *In Forma*
3  *Pauperis* (#28) is **denied as moot**.

4  **IT IS FURTHER ORDERED** that Plaintiff's Application/Motion to Proceed *In Forma*
5  *Pauperis* (#29) is **denied without prejudice**.  Plaintiff is invited to submit a new, completed
6  application by **February 27, 2015**.

7  DATED: January 27, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**